United States District Court
Southern District of Texas
**ENTERED**
June 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARCELO VELASCO, § § | |
| Plaintiff, § | CIVIL ACTION NO. 7:23-cv-00147 |
| § | |
| VS. § | |
| § | |
| UNITED STATES OF AMERICA § § | |
| Defendant. § | |

# **ORDER**

The Court now considers the parties' "Stipulation of Dismissal with Prejudice."[1] Because the stipulation is signed by both parties in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), they have effectively dismissed this case and no further action by this Court is necessary.[2]

All of Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. This case is terminated, and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th of June, 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 24.
[2] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).